# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAYMOND ALFORD BRADFORD,<br><br>Plaintiff,<br><br>v.<br><br>C. OGBUEHI,<br><br>Defendant. | Case No. 1:17-cv-01128-SAB (PC)<br><br>ORDER DISCHARGING ORDER TO SHOW CAUSE, AND GRANTING IN PART REQUEST FOR EXTENSION OF TIME<br><br>(ECF Nos. 10, 11)<br><br>**TWENTY-ONE (21) DAY DEADLINE** |

Plaintiff Raymond Alford Bradford is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

On January 18, 2017, the Court found that Plaintiff's complaint failed to state a cognizable claim for relief and granted plaintiff thirty days to file an amended complaint addressing the deficiencies identified by the Court. (ECF No. 9.) That deadline passed and Plaintiff did not file any amended complaint or otherwise respond to the Court's order. Therefore, on March 2, 2018, the Court issued an order to show cause in writing why this action should not be dismissed for Plaintiff's failure to obey a court order and failure to state a claim. (ECF No. 10.)

Currently before the Court is Plaintiff's ex-parte application for an extension of time to file a response to the show cause order. (ECF No. 11.) Plaintiff declares that he provided an amended complaint in this action to prison officials for mailing on January 24, 2018. He seeks time to gather documentation, such as photocopies, and a declaration from a witness.

1

1 | The Court finds good cause to discharge the order to show cause based on Plaintiff's declaration. No further declarations from witnesses or other evidence in support is necessary. Thus, Plaintiff's motion for an extension of time to further respond to the order to show cause is moot.

Plaintiff explains that he retained a copy of his amended complaint and once he has law library access, he can submit it. Therefore, the Court shall grant Plaintiff an extension of time to submit an amended complaint in compliance with the Court's January 18, 2018 screening order.

For these reasons, it is HEREBY ORDERED that:

1. The Court's March 2, 2018 order to show cause is discharged; and

2. Plaintiff's motion for an extension of time is granted, in part. Within **twenty-one (21) days** from the date of this order, Plaintiff shall file an amended complaint in compliance with the Court's January 18, 2018 screening order.

IT IS SO ORDERED.

Dated:   **March 26, 2018**

UNITED STATES MAGISTRATE JUDGE