# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAYMOND ALFORD BRADFORD,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>C. OGBUEHI,<br><br>　　　　Defendant. | Case No. 1:17-cv-01128-SAB (PC)<br><br>ORDER REGARDING PLAINTIFF'S DECLARATION FILED ON APRIL 16, 2018<br><br>(ECF Nos. 14) |

Plaintiff Raymond Alford Bradford is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. On April 16, 2018, Plaintiff filed a declaration stating that he provided an amended complaint to prison officials for mailing on April 5, 2018, and if the Clerk did not receive it, then officials may be tampering with his legal mail.

The Clerk received and filed Plaintiff's amended complaint on April 9, 2018. Therefore, no further action need be taken. Plaintiff's amended complaint will be screened in due course.

IT IS SO ORDERED.

Dated: __**April 17, 2018**__

　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE