# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAYMOND ALFORD BRADFORD,<br><br>Plaintiff,<br><br>v.<br><br>C. OGBUEHI, et al.,<br><br>Defendants. | Case No. 1:17-cv-01128-DAD-SAB (PC)<br><br>ORDER DENYING PLAINTIFF'S REQUEST FOR COPY OF ALL RECORDS AND CIVIL COMPLAINT ON FILE<br><br>(ECF No. 26) |

Plaintiff Raymond Alford Bradford is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983. On February 27, 2019, Plaintiff filed a notice of change of address and request for copy of all records and civil complaint on file. (ECF No. 26.) Plaintiff contends that, since his "legal property is currently being held hostage to obstruct justice and discourage him from seeking relief he is entitled to[,]" the Court should provide him with copies of all the documents filed in the instant action, including his civil complaint.

However, the Clerk's office does not ordinarily provide free copies of case documents to parties. Further, Plaintiff's *in forma pauperis* status does not entitle him to a free copy of all the documents filed in this case. See In re Richard 914 F.2d 1526, 1527 (6th Cir. 1990); Douglas v. Green 327 F.2d 661, 662 (6th Cir. 1964); Hullom v. Kent 262 F.2d 862, 863-64 (6th Cir. 1959). Instead, if Plaintiff wishes to obtain copies of all of the documents filed in this case at his expense, the Clerk's office will provide copies of documents and of the docket sheet at $0.50 per

1

page upon written request, prepayment of the copy fees (checks and money orders in the exact amount should be made payable to "Clerk, USDC"), and submission of a large, self-addressed stamped envelope.

Accordingly, Plaintiff's request for a free copy of all documents, including the civil complaint, filed in the instant action (ECF No. 26) is HEREBY DENIED.

IT IS SO ORDERED.

Dated:  **March 6, 2019**  _____
UNITED STATES MAGISTRATE JUDGE