# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAYMOND ALFORD BRADFORD,<br><br>    Plaintiff,<br><br>    v.<br><br>C. OGBUEHI, et al.<br><br>    Defendants. | Case No.: 1:17-cv-01128-SAB (PC)<br><br>ORDER STRIKING PLAINTIFF'S REPLY TO DEFENDANTS' ANSWER<br><br>[ECF No. 67] |

Plaintiff Raymond Alford Bradford is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.

On May 19, 2020, Plaintiff filed a reply to Defendants' answer to the complaint. (ECF No. 67.)

The Court has not ordered any reply to Defendants' answer in this case. Federal Rule of Civil Procedure 7 lists all pleadings that are permitted, including "*if the court orders one*, a reply to an answer." Fed. R. Civ. P. 7(a)(7) (emphasis added). No request to file a reply to the answer was sought or granted in this case, and therefore Plaintiff's reply must be stricken.[1]

Accordingly, Plaintiff's reply to Defendants' answer to the complaint, filed on May 19, 2020 (ECF No. 67) is HEREBY STRICKEN from the record.

IT IS SO ORDERED.

Dated: **May 20, 2020**

UNITED STATES MAGISTRATE JUDGE

---

[1] A plaintiff rarely needs to file any reply to an answer, "because the allegations in pleadings not requiring a response—e.g., the answer—are already automatically deemed denied or avoided under Rule 8(b)(6)." Fort Indep. Indian Cmty. v. California, No. CIV.S-08-432-LKK-KJM, 2008 WL 6579737, at *1 (E.D. Cal. June 24, 2008).

1