# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAYMOND ALFORD BRADFORD,<br><br>    Plaintiff,<br><br>v.<br><br>C. OGBUEHI, et al.<br><br>    Defendants. | Case No.: 1:17-cv-01128-SAB (PC)<br><br>ORDER GRANTING PLAINTIFF'S MOTION TO WITHDRAW MOTION TO DISREGARD REQUEST TO VOLUNTARY DISMISS ACTION<br><br>(ECF Nos. 103, 105) |

Plaintiff Raymond Alford Bradford is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.

On March 17, 2021, the undersigned granted Defendants Usher and Rimbach's motion for summary judgment, and the claims against them were dismissed, without prejudice, for failure to exhaust the administrative remedies. (ECF No. 101.)

On April 5, 2021, Plaintiff filed an objection and requested to voluntarily dismiss the action so he could file a notice of appeal. (ECF No. 103.)

On April 16, 2021, Plaintiff filed a motion to disregard his request to voluntarily dismiss this action. (ECF No. 105.) Based on Plaintiff's request, his motion to voluntarily dismiss the action shall be disregarded and terminated.

IT IS SO ORDERED.

Dated: **April 28, 2021**

UNITED STATES MAGISTRATE JUDGE

1