# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAYMOND ALFORD BRADFORD, | Case No.: 1:17-cv-01128-SAB (PC) |
| Plaintiff, | |
| v. | ORDER GRANTING DEFENDANTS' MOTION THE DISCOVERY AND SCHEDULING ORDER |
| C. OGBUEHI, et al. | (ECF No. 113) |
| Defendants. | |

Plaintiff Raymond Alford Bradford is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.

Currently before the Court is Defendants' motion to modify the scheduling order, filed on May 18, 2021.

Good cause having been presented, it is HEREBY ORDERED that discovery cut-off is extended from May 24, 2021, to August 20, 2021—for the sole purpose of taking Plaintiff's deposition—and the deadline to file dispositive motions is extended from July 23, 2021, to October 21, 2021.

IT IS SO ORDERED.

Dated: **May 19, 2021**

UNITED STATES MAGISTRATE JUDGE

1