# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAYMOND ALFORD BRADFORD,<br><br>Plaintiff,<br><br>v.<br><br>C. OGBUEHI, et al.<br><br>Defendants. | Case No.: 1:17-cv-01128-SAB (PC)<br><br>ORDER DENYING PLAINTIFF'S MOTION TO COMPEL DISCOVERY<br><br>(ECF No. 111) |

Plaintiff Raymond Alford Bradford is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.

On May 10, 2021, Plaintiff filed a motion to compel copies of written discovery that has been exchanged in this case. (ECF No. 111.) Plaintiff also seeks to stay his deposition and/or to allow him to appear telephonically. (Id.)

On May 12, 2021, Plaintiff filed a second motion in which he also seeks copies of written discovery and other documents. (ECF No. 112.) Plaintiff contends that he does not have ready access to the discovery materials in order to properly prepare for his deposition.

On May 19, 2021, Defendants filed a response to Plaintiff's motions. (ECF No. 114.) Plaintiff's motion to compel shall be denied. Defendants submit that Plaintiff's deposition was previously scheduled for May 10, 2021; however, the deposition did not go forward because Plaintiff is currently receiving ongoing mental health treatment and is currently placed in a mental health crisis bed. (Id. at 1.) The deposition has not yet been re-set, and the Court granted Defendants' request to extend the discovery deadline to August 20, 2021, for limited purpose of taking Plaintiff's deposition. (ECF No. 115.) Defendants will re-set the deposition once Plaintiff is discharged from the mental

1

health crisis bed and his mental health teams allows him to be deposed. (ECF No. 114 at 2.) When the deposition is re-set, it will be noticed to occur by videoconference, with Plaintiff, defense counsel, and the court reporter at separate locations. (Id.) Lastly, Defendants submit that they will provide Plaintiff with copies of all written discovery that has been exchanged to date. (Id.)

Plaintiff's motion to compel is moot as his deposition scheduled for May 10, 2021, was canceled and will not be rescheduled until he is discharged from the mental health crisis bed. In addition, the deposition will appear by videoconference and Defendants have agreed to provide Plaintiff will all written discovery responses exchanged. Accordingly, Plaintiff's motion to compel is denied.

IT IS SO ORDERED.

Dated: **May 20, 2021**

UNITED STATES MAGISTRATE JUDGE