**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| RAYMOND ALFORD BRADFORD, | ) Case No.: 1:17-cv-01128-SAB (PC) |
| Plaintiff, | ) |
| v. | ) ORDER DENYING PLAINTIFF'S MOTION TO APPEAR TELEPHONICALLY AT SETTLEMENT CONFERENCE AS MOOT AND UNNECESSARY |
| C. OGBUEHI, et al. | ) (ECF 118) |
| Defendants. | ) |

Plaintiff Raymond Alford Bradford is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.

On May 26, 2021, Plaintiff filed a motion to appear telephonically at any future settlement conference. (ECF No. 118.) Plaintiff's motion is moot and unnecessary.

As stated in the Court's May 20, 2021 order, "[w]hen the deposition is re-set, it will be noticed to occur by videoconference, with Plaintiff, defense counsel, and the court reporter at separate locations." (ECF No. 116 at 2.) Accordingly, Plaintiff's motion to appear telephonically at a future settlement conference is denied as moot and unnecessary.

IT IS SO ORDERED.

Dated:   **May 27, 2021**

UNITED STATES MAGISTRATE JUDGE

1