# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAYMOND ALFORD BRADFORD, <br><br>Plaintiff, <br><br>v. <br><br>C. OGBUEHI, et al. <br><br>Defendants. | Case No.: 1:17-cv-01128-SAB (PC) <br><br>ORDER DIRECTING CLERK OF COURT TO TERMINATE ACTION PURSUANT TO PARTIES' STIPULATION <br><br>(ECF Nos. 129, 131) |

Plaintiff Raymond Alford Bradford is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.

On June 14, 2021, Plaintiff filed objections to the Court's June 3, 2021 order and moved to dismiss the action, without prejudice, to appeal prior rulings by the Court.

On July 7, 2021, the overruled Plaintiff's objections and directed Defendants to file a response to Plaintiff's request to voluntarily dismiss this action.

On July 9, 2021, Defendants filed a stipulation to dismiss the action, without prejudice. (ECF No. 131.)

Based on Plaintiff's motion to voluntarily dismiss the action, without prejudice, and Defendants' stipulation to dismissal, without prejudice, this action is terminated by operation of law without further order from the Court. Fed. R. Civ. P. 41(a)(1)(A)(ii). The Clerk of the Court is directed to terminate all pending motions and deadlines and close this case.

IT IS SO ORDERED.

Dated: **July 12, 2021**

UNITED STATES MAGISTRATE JUDGE

1